IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | CR-09-17-H-CCL |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | Order |
| ) | | |
| RYAN EDWARD McCREARY, ) | | |
| ) | | |
| Defendant. ) | | |

Before the Court is the United States Probation Office's request to amend the original revocation petition, which was filed on September 25, 2018. Having reviewed the additional charged violations, numbered 11 through 14, and the amended affidavit of the probation officer, the Court finds that those charges, like the original ten charged violations, are supported by probable cause. Accordingly,

The Clerk of Court is hereby ordered to file the amended petition received on July 6, 2020. Defendant having been arrested and appeared in the Eastern District of Washington, the amended petition need not be sealed.

Dated this 7th day of July, 2020.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE